UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

IN RE:                                          )
                                                )
CASE REASSIGNMENTS                              )

    Pursuant to 28 U.S.C. § 137, the following criminal actions are hereby **REASSIGNED** from the Honorable Curtis L. Collier to the Honorable R. Allan Edgar.

| | |
|---|---|
| *USA v. Donnell Woodruff* | 1:07-cr-28 |
| *USA v. Jason Little* | 1:07-cr-45 |
| *USA v. Charles Foster* | 1:07-cr-72 |
| *USA v. Gregory Williams* | 1:08-cr-64 |
| *USA v. Tyrone Pulliam* | 1:08-cr-77 |
| *USA v. Robert Winters* | 1:08-cr-86 |

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**